PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CAIRO JONES,                          )
                                       )        CASE NO.  1:16CV2504
                    Plaintiff,         )
                                       )        JUDGE BENITA Y. PEARSON
         v.                            )
                                       )
NANCY A. BERRYHILL,[1]                 )
ACTING COMMISSIONER OF                 )
SOCIAL SECURITY                        )
                                       )        **MEMORANDUM OF OPINION**
                    Defendant.         )        **AND ORDER**


On redetermination of *Pro Se* Plaintiff Cairo Jones' eligibility for supplemental security

income ("SSI") upon turning 18 years old, an Administrative Law Judge ("ALJ") concluded that

Jones was no longer disabled after a hearing in the above-captioned case.  That decision became

the final determination of the Commissioner of Social Security when the Appeals Council denied

the request to review the ALJ's decision.  The claimant sought judicial review of the

Commissioner's decision, and this Court referred the case to Magistrate Judge David A. Ruiz for

preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule

72.2(b)(1).  On October 16, 2017, the magistrate judge submitted a Report (ECF No. 18)

recommending that the Court affirm the Commissioner's decision as supported by substantial

evidence.

---

[1]  Carolyn W. Colvin was the original Defendant.  She was sued in an official capacity as
a public officer.  On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of
Social Security.  Pursuant to Fed. R. Civ. P. 25(d), Berryhill's name has been automatically
substituted as a party.

(1:16CV2504)

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the magistrate judge's Report were, therefore, due on November 2, 2017.[2] Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed. Judgment will be entered in favor of Defendant.

IT IS SO ORDERED.

_ November 3, 2017 _      _ /s/ Benita Y. Pearson _
Date                           Benita Y. Pearson
                                       United States District Judge

---

[2] Under Fed. R. Civ. P. 6(d), three days must be added to the 14-day time period because Plaintiff was served the magistrate judge's Report by mail. *See Irving v. Acting Commissioner of Social Security*, No. 1:16CV1391, 2017 WL 2832630 (N.D. Ohio June 30, 2017) (Lioi, J.).